IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 28 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01622-BNB
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

BEN DAVIS,

    Plaintiff,

v.

THE GEO GROUP,
UNIT MANAGER RACHAEL HURT, and
ALASKA DEPT. OF CORR. [sic],

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Ben Davis, a prisoner currently incarcerated in the Hudson Correctional Center in Hudson, Colorado, originally filed a prisoner civil rights action in the United States District Court for the District of Alaska. The District of Alaska determined that the action is properly filed in the United States District Court for the District of Colorado and entered an order that transferred the action to this Court.

Plaintiff has submitted a Prisoner's Application to Waive Prepayment of Fees, a Civil Cover Sheet, and a Prisoner Complaint Under the Civil Rights Act 42 U.S.C. § 1983. As part of this Court's review pursuant to D.C.COLO.LCivR 8.2, this Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any

papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   ___   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing required financial information
(5)   ___   is missing an original signature by the prisoner
(6)   _X_  is not on proper form (must use the Court's current form)
(7)   ___   Names in caption do not match names in caption of complaint, petition or habeas application
(8)   ___   An original and a copy have not been received by the Court. Only an original has been received.
(9)   _X_  Other: Motion is necessary only if $350.00 filing fee is not paid in advance.

**Complaint, Petition or Application:**
(10)  ___   is not submitted
(11)  _X_  is not on proper form (must use the Court's current form)
(12)  ___   is missing an original signature by the prisoner
(13)  ___   is missing page nos. ___
(14)  ___   Uses et al. instead of listing all parties in caption
(15)  ___   An original and a copy have not been received by the court. Only an original has been received.
(16)  ___   Sufficient copies to serve each defendant/Plaintiff have not been received by the court.
(17)  ___   Names in caption do not match names in text
(18)  ___   Other _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this Order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this Order, two copies of the following forms: Prisoner's Motion and Affidavit

for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order** the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED June 28, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01622-BNB

Ben Davis
Prisoner No. 152106
Hudson Corr. Center
3001 N. Juniper St.
Hudson, CO 80642

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and of the Prisoner Complaint forms** to the above-named individuals on June 28, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk